**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

| | |
|---|---|
| DEBRA SUMBRY<br>Plaintiff(s),<br><br>vs.<br><br>WAL−MART STORES EAST, LP<br>Defendant(s) | )<br>)<br>)<br>) CASE NO. 1:25−cv−01868−JRS−CSW<br>)<br>)<br>) |

**ORDER OF RECUSAL/DISQUALIFICATION**

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: September 18, 2025

s/ Chief District Judge James Russell Sweeney, II
United States District Court
Southern District of Indiana